JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA CORE, | CV 20-770 PA (KSx) |
| Plaintiff, | JUDGMENT |
| v. | |
| THE VONS COMPANIES, INC., et al., | |
| Defendants. | |

Pursuant to the Court's April 3, 2020 Order dismissing this action for lack of prosecution and failure to comply with the Court's orders,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

IT IS SO ORDERED.

DATED: April 3, 2020

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE